AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☑ INFORMATION   ☐ INDICTMENT
☐ SUPERSEDING

┌─ OFFENSE CHARGED ─

36 C.F.R. § 2.31(a)(3) - Vandalism

☐ Petty
☐ Minor
☑ Misde-meanor
☐ Felony

PENALTY:

Maximum Prison Term 6 months
Maximum Fine $5,000
Mandatory Special Assessment $10

┌─ PROCEEDING ─

Name of Complainant Agency, or Person (&Title, if any)

United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   **SHOW DOCKET NO.**
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant   **MAGISTRATE CASE NO.**
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   WENDY THOMAS

─ Name of District Court, and/or Judge/Magistrate Location ─
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAY 2 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

┌─ DEFENDANT - U.S. ─

THEODORE HAMPTON and ESMERALDA GARCIA

DISTRICT COURT NUMBER

CR 07 0315

MAG

┌─ DEFENDANT ─

IS *NOT* IN CUSTODY

Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges   4/11/2007

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   If "Yes" give date filed
☐ No

DATE OF ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   Month/Year

☐ This report amends AO 257 previously submitted

┌─ ADDITIONAL INFORMATION OR COMMENTS ─

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:



SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

MAY 2 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*MAG*

**CR** No. **07    0315**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) VIOLATION: 36 C.F.R. § 2.31(a)(3) - |
| | ) Vandalism (Class B Misdemeanor) |
| v. | ) |
| | ) |
| THEODORE HAMPTON, and | ) |
| ESMERALDA GARCIA, | ) SAN FRANCISCO VENUE |
| | ) |
| Defendants. | ) |

## I N F O R M A T I O N

The United States Attorney charges:

On or about April 11, 2007, in the Northern District of California, within the boundaries of

the area administered by the National Park Service, the defendants,

THEODORE HAMPTON, and
ESMERALDA GARCIA,

did destroy, injure, deface, and damage property, in violation of Title 36, Code of Federal

//

INFORMATION

1    Regulations, Section 2.31(a)(3), a Class B misdemeanor.

2

3    DATED: _May 21, 2007_

                                    SCOTT N. SCHOOLS

4                                        United States Attorney

5

6                                        IOANA PETROU

                                    Chief, Major Crimes Section

7

8    (Approved as to form: _____)

                    WENDY THOMAS

9                        Special Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION                         -2-