1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  WENDY THOMAS (NYSBN 4315420)
   Special Assistant United States Attorney

5
6  450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
7  Telephone: (415) 436-6809
   Fax: (415) 436-7234
8  Email: wendy.thomas@usdoj.gov

9  Attorneys for Plaintiff

**FILED**

JAN X 6 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12              SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR 07-0315 MAG
                                     )
14         Plaintiff,                )
                                     )   [PROPOSED] ORDER AND MOTION
15     v.                            )   TO DISMISS INFORMATION
                                     )
16  THEODORE HAMPTON, and            )
    ESMERALDA GARCIA,                )
17                                   )
           Defendants.               )
18  _____)

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
20  United States Attorney for the Northern District of California moves to dismiss the above

21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

DISMISSAL OF INFORMATION
CR 07-0315 MAG

Information with prejudice. The defendants have successfully completed their pretrial diversion program.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: __1/05/09__

WENDY THOMAS
Special Assistant United States Attorney

The Court hereby grants leave to dismiss the above Information with prejudice.

DATED: 1/6/09

ELIZABETH D. LAPORTE
United States Magistrate Judge

DISMISSAL OF INFORMATION
CR 07-0315 MAG